In the Matter of BENJAMIN LEVITAS, an Attorney, Appellant. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

Submitted October 19, 1953; decided November 20, 1953.

*George G. Hunter, Jr.,* for motion to dismiss appeal and in opposition to motion for leave to appeal.

*Benjamin Levitas,* in person, for motion for leave to appeal and in opposition to motion to dismiss appeal.

Motion to dismiss appeal granted and appeal dismissed.

Motion for leave to appeal denied.